## 20602. ATLANTA NEWSPAPERS, INC., v. THE STATE OF GEORGIA, by WEBB, Solicitor-General.

CANDLER, Justice. Under the ruling by this court in *Atlanta Newspapers, Inc.* v. *Grimes,* ante, the Court of Appeals and not this court has jurisdiction of the instant case.

*Transferred to the Court of Appeals. All the Justices concur.*

SUBMITTED SEPTEMBER 17, 1959—DECIDED SEPTEMBER 17, 1959.

*B. P. Gambrell, W. Glen Harlan, John E. Dougherty, Harold N. Hill, Jr.,* for plaintiff in error.

*Paul Webb, Solicitor-General, Carl Copeland, J. Walter Le-Craw,* contra.